UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHNWILLY OSUJI, et al.<br><br>             Defendants. | No.  1:23-cv-01413-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 2) |

Plaintiff is proceeding pro se and in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on September 27, 2023, along with a motion to proceed in forma pauperis. (ECF Nos. 1, 2.)

On September 28, 2023, the Court ordered Plaintiff to submit the appropriate application to proceed in forma pauperis. (ECF No. 4.)

After receiving an extension of time, Plaintiff paid the filing fee for this action on November 15, 2023. Accordingly, Plaintiff's motion to proceed in forma pauperis is denied as rendered moot.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE

1