UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNWILLY OSUJI,<br><br>        Defendant. | No.  1:23-cv-01413-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>Doc. 11 |

Plaintiff Michael D. Harrison is proceeding pro se in this action brought pursuant to 42 U.S.C. § 1983.  Doc. 1.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2023, the assigned magistrate judge screened the complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a claim.  Doc. 11.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.*  Plaintiff filed objections on December 4, 2023.  Doc. 13.

In his objections, plaintiff states that he is in agreement with the findings and recommendations and requests a return of the $402.00 filing fee for this action.  *Id.* at 1–2.  He also filed a motion requesting the return of the filing fee on April 3, 2024, Doc. 14, which the assigned magistrate judge denied by separate order, Doc. 15.  Accordingly, that request is moot.

1

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
2   novo review of the case.  Having carefully reviewed the file, including plaintiff's objections, the
3   Court concludes that the findings and recommendations are supported by the record and by
4   proper analysis.
5         Based upon the foregoing,
6   1.    The findings and recommendations issued on November 21, 2023, Doc. 11, are
7         ADOPTED in full;
8   2.    This action is DISMISSED with prejudice for failure to state a claim; and
9   3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   June 8, 2025                    _____
                                            UNITED STATES DISTRICT JUDGE

2